IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01103-REB-BNB

KENNETH WARE,

Plaintiff,

v.

DENVER HEALTH, d/b/a DENVER CARES,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion for Leave to File Amended Complaint** [Doc. # 9, filed 6/30/2009] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 9-2].

DATED:  July 10, 2009