**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01103-REB-BNB

KENNETH WARE,

    Plaintiff,

v.

DENVER HEALTH, d/b/a DENVER CARES,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion For Leave To Supplement Response Brief** [#57] filed March 22, 2010. The motion is **GRANTED**, and the **Supplement To The Response Brief** [#57-1] is accepted for filing.

    **IT IS FURTHER ORDERED** that defendant's deadline to file a reply to the motion for summary judgment will run from March 22, 2010.

    Dated: March 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.