IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 09-cv-01103-REB-BNB | FTR BNB COURTROOM A 401 |
|---|---|
| **Date:** May 25, 2010 | Geneva D. Mattei**,** Courtroom Deput**y** |

KENNETH WARE,                                                Robert Liechty

Plaintiff(s),

v.

DENVER HEALTH,                                               Brent Johnson
doing business as
Denver Cares
MARK WRIGHT,

Defendant(s).

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:     1:31 p.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding Denver Health's second motion for sanctions for newly discovered additional false discovery response and false affidavit by plaintiff, or alternatively, to allow additional discovery [Doc. #66; filed 4/16/10].

1:33 p.m.     Witness is sworn. Direct examination of the plaintiff Kenneth Ware by Mr. Johnson .

2:00 p.m.     Cross-examination of Mr. Ware by Mr. Liechty.


Mr. Johnson offers Exhibits A thru G and Exhibit I for admission.
Exhibits A thru G and Exhibit I admitted.

Defendant rests.

2:09 p.m.    Witness is sworn. Direct Examination of James Thomas by Mr. Liechty.

2:15 p.m.    Cross-examination of Mr. Thomas by Mr. Johnson.

Mr. Thomas directed to Exhibit H.

2:21 p.m.    Re-direct of Mr. Thomas by Mr. Liechty.

Plaintiff rests.

2:23 p.m.    Closing argument by Mr. Johnson.

2:36 p.m.    Closing argument by Mr. Liechty.

**ORDERED:  The Denver Health's second motion for sanctions for newly discovered additional false discovery response and false affidavit by plaintiff, or alternatively, to allow additional discovery [Doc. #66; filed 4/16/10] is TAKEN UNDER ADVISEMENT, as stated in record. The court will file a Recommendation.**

Court in Recess:    2:40 p.m.    Hearing concluded.    Total time in Court: 01:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.