**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01103-REB-BNB

KENNETH WARE,

    Plaintiff,

v.

DENVER HEALTH, d/b/a DENVER CARES,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion For Leave To File Second Supplement To Response Brief** [#91] filed June 8, 2010. The motion is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1A.

    Dated: June 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.