IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01103-REB-BNB

KENNETH WARE,

Plaintiff,

v.

DENVER HEALTH, d/b/a DENVER CARES, and
MARK WRIGHT,

Defendants.

## ORDER

In view of the Order Granting Denver Health's Motion for Summary Judgment [Doc. # 103] (the "Order"), including that portion of the Order closing the case:

IT IS ORDERED that **Denver Health's Application for Award of Attorney Fees** [Doc. # 71] is DENIED AS MOOT.

Dated July 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge